IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR -10-955-TUC-RCC(CRP) |
| Plaintiff, | **ORDER** |
| vs. | |
| DANIEL CONTRERAS, | |
| Defendant. | |

The Court has reviewed the pleadings, the transcript and exhibits, the Magistrate Judge's Report and Recommendation.

There being no objections filed,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (Doc. 50).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Suppress Statements (Doc. 22)

IT IS FURTHER ORDERED admitted exhibits 1 and 2 are to be returned to the Government.

This case is currently set for trial on April 19, 2011 at 9:30 a.m.

DATED this 18th day of March, 2011.

Raner C. Collins
United States District Judge

*mg*